THE MONEY STORE v.
NATIONAL COMMUNITY BANK OF NEW JERSEY.

September 19, 1978. Petition for certification denied.

DORIEN DOUGLAS v.
NEW JERSEY STATE PAROLE BOARD.

September 19, 1978. Petition for certification denied.

GEORGE DEMAREST v.
MAYOR & COUNCIL OF THE BOROUGH OF HILLSDALE.

September 19, 1978. Petition for certification denied. (See 158 *N. J. Super.* 507)

RONALD LEE BROWN v.
NEW JERSEY STATE PAROLE BOARD.

September 19, 1978. Petition for certification denied.

LEONARD A. CHARNACK v. CIVIL SERVICE COMMISSION.

September 19, 1978. Petition for certification denied.